AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Kevin Jayne)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY CIPRIANO<br><br>*Defendant(s)* | Case No. 21-MJ-1096 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Apr 23, 25; May 8, 20, 24, 26, 2021 in the county of Philadelphia in the Eastern District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(a)(1)(A) | Making a false statement to a federal firearms licensee |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Michael Baldwin
*Complainant's signature*

Michael Baldwin, SA-ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/30/2021

/s/ Lynne A. Sitarski
*Judge's signature*

City and state: Philadelphia, PA

Lynn A. Sitarski, U.S. Magistrate Judge
*Printed name and title*

U.S. v. Anthony Cipriano<br>
21-MJ-1096<br>
CW# 21-65

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael Baldwin, being duly sworn under oath and deposed, state the following:

1.I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since November of 2017. Before becoming a Special Agent with ATF, I was a Security Protective Specialist (SPS) with the Department of State for five years and provided personal security for U.S. Diplomats in embassies in Baghdad, Iraq and Kabul, Afghanistan. Before joining the U.S. Department of State, I was a sworn police officer for Fairfax County Police Department, Fairfax, Virginia for one year. Before becoming a police officer, I served honorably in the United States Army for five years as Military Police Officer, active duty. I am currently assigned to the ATF Firearms Trafficking Group, whose primary mission is to investigate those individuals and groups that are engaged in the commission of federal firearm violations. As an ATF agent, I have conducted and participated in numerous investigations regarding various violations of the Federal Criminal Code, including but not limited to firearms and narcotics offenses.

2.The statements in this affidavit are based on law enforcement reports, evidence collected during the investigation, and information provided to me by other law enforcement personnel and others. These statements are true and correct to the best of my knowledge, information, and belief. This affidavit is intended to show only that there is sufficient probable cause for the requested criminal complaint and arrest warrant, and does not set forth all of my knowledge about this matter.

1

3.      This affidavit is being submitted in support of a criminal complaint and arrest warrant charging Anthony CIPRIANO with making false statements to federal firearms licensees (FFLs), in violation of 18 U.S.C. § 924(a)(1)(A). As described below, there is probable cause to believe Anthony CIPRIANO used W.M.'s Pennsylvania driver's license to pose as W.M. while purchasing firearms from federal firearms licensees ("FFLs") in Philadelphia. During those purchases, CIPRIANO knowingly made false statements or representations with respect to ATF Form 4473s required to be kept by those FFLs, in violation of 18 U.S.C. § 924(a)(1)(A).

**I. W.M.'s Identity is Used to Purchase Guns at FFLs**

4.      On May 18, 2021, Special Agent (SA) Michael Baldwin used investigative tools to identify "W.M." as a person of interest for potential firearms trafficking. Based on reports from FFLs, W.M. purportedly purchased at least six firearms within a short amount of time (April 23 through May 13, 2021) from various FFLs within Philadelphia County.

**II. W.M. Reports His Driver's License Was Stolen**

5.      On May 26, 2021, SA Baldwin and ATF Task Force Officer (TFO) Arvan Thompson interviewed W.M. at his Philadelphia residence. During the interview, W.M. stated he has never purchased any firearms, nor does he own any firearms. W.M. showed the investigators a valid Pennsylvania driver's license, which had information that matched the person who had recently purchased the six firearms. SA Baldwin showed W.M. an ATF Form 4473 (required by law to be kept in the records of FFLs) from Delia's Gun shop, 6104 Torresdale Avenue, Philadelphia (Delia's) that was filled out and

purportedly signed by W.M. W.M. stated he has never been to Delia's gun store, but W.M.'s wallet was stolen out of his car on April 16, 2021.

6. W.M. relayed that, after returning from work in the afternoon of April 16, 2021, W.M. receive alerts on his phone about current credit card transactions. W.M. immediately looked for his wallet but could not find it. W.M. made a phone call to his bank to have his credit cards "turned-off." According to W.M., he then requested the funds be re-accredited to his bank account. W.M. showed the investigators bank statements corroborating that W.M. made a fraud claim to his bank on April 16, 2021.

7. SA Baldwin asked W.M. how he could produce a valid Pennsylvania driver's license to ATF authorities if it had been stolen. W.M. stated that the same day he lost his license he applied for a replacement driver's license through the PennDOT (Pennsylvania Department of Transportation), which was mailed to him. W.M. showed the investigators his request for a driver's license to corroborate his account.

8. SA Baldwin instructed W.M. to go to his local police station and file a police report for false identity theft, and the investigators left W.M.'s residence.

### III. CIPRIANO Purchased Guns Using W.M.'s Identity

9. Shortly after interviewing W.M. on May 26, 2021, SA Baldwin and TFO Thompson visited Delia's gun store to verify W.M.'s claims. SA Baldwin asked a store employee ("Delia's Employee 1") to provide all the paperwork and ATF Forms 4473's for W.M. Another store employee ("Delia's Employee 2") stated W.M. was in the store about 30 minutes before SA Baldwin arrived. SA Baldwin informed Delia's Employee 2 that it was not possible that W.M. had just been there because investigators were just

interviewing W.M. at his residence. SA Baldwin showed Delia's Employee 2 W.M.'s PennDOT photograph (which matched the W.M. investigators had just seen at his residence), and Delia's Employee 2 stated the person in the PennDOT photograph was not W.M. because the person they believed was W.M. had a tattoo under his eye and his hair styled in dread locks.

10    SA Baldwin requested access to the store's closed-circuit television (CCTV) system. SA Baldwin searched the CCTV system for the person assuming W.M. identity earlier that day (May 26, 2021). At approximately 1:06 p.m., the CCTV captured a man entering Delia's wearing a black Nike hoody, woodland camo Nike pants, and dread locks, while wearing a mask ("Subject 1" who, as explained below, I believe is Anthony CIPRIANO). CIPRIANO was accompanied into Delia's Gun Store by another person ("Subject 2" who, as explained below, I believe is "G.H."). SA Baldwin took photos from the CCTV video of CIPRIANO and G.H. Delia's Employee 2 stated that CIPRIANO was the same person who presented himself as W.M., purchased a firearm earlier that day, and had previously purchased other firearms from Delia's Gun shop. SA Baldwin reviewed other CCTV footage and saw CIPRIANO posing as W.M. on at least three other days while buying firearms from Delia's gun store.

11.   CIPRIANO purchased firearms from Delia's as W.M., using W.M.'s Pennsylvania driver's license, on April 23, April 25, May 8, May 20, May 24, and May 26, 2021. On April 29, 2021, Delia's denied CIPRIANO's attempt to purchase a firearm using W.M.'s identification.

12. On May 26, 2021, SA Baldwin visited Lock's Philadelphia Gun Exchange, 6700 Rowland Ave, Philadelphia ("Lock's"), to further investigate W.M.'s firearm purchases. While there, SA Baldwin spoke to a store employee ("Lock's Employee 1"). SA Baldwin received from the employee ATF forms 4473 for Lock's gun purchases dated May 11, May 12, and May 13, 2021, which were made by a person using W.M.'s Pennsylvania driver's license.

13. Lock's Employee 1 also stated that on May 13, 2021, the person posing as W.M. had stolen a prop/display firearm from the Lock's counter after purchasing a firearm using W.M.'s driver's license. Someone from Lock's reported the prop gun theft to the Philadelphia Police Department ("PPD"). PPD Detective Dan Murphy responded, took a statement of the theft, and retrieved video of the theft from Lock's CCTV system.

14. SA Baldwin spoke to another Lock's employee ("Locks Employee 2"), who stated after CIPRIANO purchased a firearm on May 13, 2021, CIPRIANO stole the store's prop firearm that was on the countertop within the store. According to Lock's Employee 2, the prop firearm is an actual firearm, but is rendered inert by shop employees. The prop firearm is used to show customers how to hold, load, and unload a pistol. SA Baldwin showed Lock's Employee 2 photos taken from Delia's CCTV cameras of CIPRIANO and G.H. Lock's Employee 2 identified both as the males who entered the store, and CIPRIANO as the person who purchased guns from Lock's and stole the prop firearm. Before leaving Lock's, SA Baldwin asked Lock's employees to contact him, if either CIPRIANO or G.H. returned to the store.

15. On May 27, 2021, the Pennsylvania Instant Check System for firearms ("PICS") contacted SA Baldwin, and stated W.M. was trying to purchase a firearm from Franks Gun Shop, 4730 Blakiston Street, Philadelphia. SA Baldwin requested W.M. to be placed into "research," thus denying W.M. from purchasing another firearm.

16. On the May 28, 2021, another Lock's employee (Lock's Employee 3) called SA Baldwin and stated CIPRIANO and G.H. were at Lock's. SA Baldwin asked Lock's Employee 3 to stall the two men in the store. Lock's Employee 3 stated that CIPRIANO was trying to purchase three firearms using W.M.'s Pennsylvania driver's license. About 15 minutes later, Lock's Employee 3 again called SA Baldwin and relayed that the Lock's store owner called the PPD, and officers came to Locks and arrested CIPRIANO and G.H. PPD identified Subject 1 as Anthony CIPRIANO. PPD identified Subject 2 as G.H.

17. SA Baldwin reviewed CCTV video from Delia's and Lock's and identified Subject 1 as CIPRIANO and Subject 2 as G.H.

18. As relayed by the PPD, when officers arrived at Lock's, CIPRIANO tried to flee capture. However, after a brief struggle, CIPRIANO was detained and arrested. PPD officers performed a search incident arrest of CIPRIANO and recovered from the inside of CIPRIANO's pants a magazine-loaded Glock model 44 .22 caliber pistol, bearing serial number AFGF077 with a laser attachment. Officers also recovered from CIPRIANO a black satchel bag that contained seven jars of alleged marijuana, four baggies of alleged marijuana, two fully loaded gun magazines, Pennsylvania Driver's License and Pennsylvania Identification card for W.M., two Apple iPhones, and $1,416.

19.   CIPRIANO was charged in Philadelphia with theft and Uniform Firearms Act (VUFA) crimes. CIPRIANO is currently detained in Philadelphia for these offenses.

### IV.  CIPRIANO Confesses to Purchasing Guns Using W.M.'s Identity

20.   SA Baldwin and PPD Detective Dan Murphy interviewed CIPRIANO at PPD's 15th precinct after he waived his *Miranda* rights. The interview was audio and video recorded. Among other statements, CIPRIANO generally admitting to using W.M.'s Pennsylvania driver's license while purchasing guns from Delia's, Lock's, and Mike and Kates Sports Shoppe, 7492 Oxford Avenue, Philadelphia ("Mike and Kates"). CIPRIANO also admitted to attempting to purchase guns from Double Tap Shooing Range (also known as Frank's Gun Shop), 4730 Blakiston Street, Philadelphia. More specifically, some of CIPRIANO's statements included:

- CIPRIANO confessed to SA Baldwin and Detective Murphy that he knowingly used W.M.'s driver's license to illegally purchase at least ten firearms for someone else he claimed was W.M.

- CIPRIANO confessed to stealing the prop gun from Lock's Philadelphia Gun Exchange on May 13, 2021.

- SA Baldwin presented several ATF Forms 4473's to CIPRIANO and specifically read section B, 9 (Transferee/ Buyer's Full name) and 21a (Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s), to CIPRIANO. CIPRIANO acknowledged that he falsified his identity and that he bought the firearms for someone else.

- CIPRIANO stated he illegally purchased the firearms because he was threatened with physical harm by who he assumed to be W.M.

- CIPRIANO stated he does not know where the firearms he purchased are presently.

- CIPRIANO stated he made little to no profit from purchasing the firearms, but W.M. allowed him to keep one firearm as a "gift," a Glock model 44 .22 caliber pistol.

**V. ATF Form 4473**

21. At all times material to this complaint, Delia's, Lock's, Mike and Kates, and Double Tap Shooting Range possessed a federal firearms license and was authorized to deal in firearms under federal laws. FFL license holders are licensed, among other things, to sell firearms and ammunition. Various rules and regulations, promulgated under the authority of Chapter 44, Title 18, United States Code, govern the manner in which FFL holders are permitted to sell firearms and ammunition. FFL holders are required to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyer of firearms sold by the FFL holder, including the buyer's home address and date of birth.

22. The rules and regulations governing FFL holders require that a person seeking to purchase a firearm fill out an ATF Form 4473. One of the ATF Form 4473 questions require that the prospective purchaser certify truthfully his full name. Another question requires that the prospective purchaser certify truthfully that he is the actual buyer of the firearm. The ATF Form 4473 contains language warning that: "You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." Part of the Form 4473 requires that the prospective purchaser certify that all his or her answers on Form 4473 are true and correct. The Form 4473 contains language warning that falsely stating on the Form 4473 that you are the true purchaser "is a crime punishable as a felony" and "making any false oral or written statement, or the exhibiting of any false

or misrepresented identification with respect to this transaction, is a crime punishable as a felony."

## VI. Conclusion

23.    Based on the foregoing, I submit there is probable cause to charge Anthony CIPRIANO with making false statements to Federal Firearms Licensees, in violation of 18 U.S.C. § 924(a)(1)(A).

Respectfully Submitted,

*/s/ Michael Baldwin*
MICHAEL BALDWIN
Special Agent
Bureau of Alcohol, Tobacco,
Firearms & Explosives

SUBSCRIBED TO AND SWORN TO BEFORE ME
THIS __30th_ Day of JUNE 2021

       /s/ Lynne A. Sitarski
_____
HONORABLE LYNN A. SITARSKI
United States Magistrate Judge
Eastern District of Pennsylvania